UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
JULIAN, BRIAN PATRICK § Case No. 09-09041
JULIAN, CANDISS §
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BRENDA PORTER HELMS, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

CLERK OF COURT
219 S. DEARBORN STREET
CHICAGO IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 03/04/2011 in Courtroom 4016.

DuPage Judicial Center
505 N. County Farm Road
Wheaton IL 60187

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 01/31/2011 By: Clerk of Court

BRENDA PORTER HELMS, TRUSTEE
3400 W. LAWRENCE AVENUE
CHICAGO, IL 60625

UST Form 101-7-NFR (10/1/2010) (Page 1)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| In re: | § | |
|---|---|---|
| | § | |
| JULIAN, BRIAN PATRICK | § | Case No. 09-09041 |
| JULIAN, CANDISS | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 2,646.14 |
| and approved disbursements of | $ | 2.25 |
| leaving a balance on hand of[1] | $ | 2,643.89 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: BRENDA PORTER HELMS, TRUSTEE | $ 661.54 | $ 0.00 | $ 661.54 |
| Total to be paid for chapter 7 administrative expenses | | $ | 661.54 |
| Remaining Balance | | $ | 1,982.35 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) (Page 2)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 11,927.54 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 16.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | ComEd Co. | $ 455.03 | $ 0.00 | $ 75.63 |
| 000002 | Asset Acceptance LLC | $ 237.51 | $ 0.00 | $ 39.47 |
| 000003 | Recovery Management Systems Corporation | $ 1,550.86 | $ 0.00 | $ 257.75 |
| 000004 | Rosalio Ayalo-Lopez | $ 7,662.82 | $ 0.00 | $ 1,273.56 |
| 000005 | Equipment International | $ 2,021.32 | $ 0.00 | $ 335.94 |
| | Total to be paid to timely general unsecured creditors | | $ | 1,982.35 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Brenda Porter Helms
Trustee

BRENDA PORTER HELMS, TRUSTEE
3400 W. LAWRENCE AVENUE
CHICAGO, IL 60625

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010) (Page 4)

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: froman                Page 1 of 2                  Date Rcvd: Feb 01, 2011
Case: 09-09041                 Form ID: pdf006             Total Noticed: 31


The following entities were noticed by first class mail on Feb 03, 2011.
db/jdb         Brian Patrick Julian,    Candiss Julian,    1630 Sheffield Court,    Aurora, IL 60504-6042
aty           +David Freydin,    Law Offices of David Freydin Ltd,    4433 West Touhy Suite 405,
                Lincolnwood, IL 60712-1828
aty           +David R Brown, ESQ,    Springer, Brown, Covey, Gaertner & Davis,    400 South County Farm Road,
                Suite 330,    Wheaton, IL 60187-4547
tr            +Brenda Porter Helms, ESQ,    The Helms Law Firm, P.C.,    3400 West Lawrence,
                Chicago, IL 60625-5104
13657065       AT & T Mobility,    PO Box 6428,    Carol Stream, IL 60197-6428
13657061       AllState Indemnity Company,    PO Box 3576,    Akron, OH 44309-3576
13657062      +AllState Insurance Co.,    PO Box 12055,    1819 Electric Rd. S.W.,    Roanoke, VA 24018-1695
13657066       Capital One Bank,    PO Box 30281,    Salt Lake City, UT 84130-0281
13657068       Comcast Cable,    PO Box 3002,    Southeastern, PA 19398-3002
13657070      +Countrywide Home Loans, Inc.,    450 American St.,    Simi Valley, CA 93065-6285
13657071       Credit Bureau Hutchinson,    149 Thompson Ave. E, suite 212,    Saint Paul, MN 55118-3263
13657072       Credit Management,    17070 Dallas Parkway,    Dallas, TX 75248-1950
13657073       Direct TV,    Customer Service,    P.O. Box 6550,    Englewood, CO 80155-6550
13657074      +Dr. Carey M. Bacalar,    581 East Golf Road,    Des Plaines, IL 60016-2349
13657075      +Equipment International,    8237 N. Kimball Ave.,    Skokie, IL 60076-2917
13657078     ++FOCUS RECEIVABLES MANAGEMENT LLC,    1130 NORTHCHASE PARKWAY STE 150,    MARIETTA GA 30067-6429
              (address filed with court: Focus Receivables Management,      1130 North Chase Parkway,   Suite 150,
                Marietta, GA 30067)
13657076      +First Bank,    135 N. Meramec Avenue,    Saint Louis, MO 63105-3792
13657077      +First Bank of Delaware,    Tribute Card,    1000 Rocky Run Parkway,    Wilmington, DE 19803-1455
13657079      +Ford Motor Credit,    c/o CT Corporation,    208 S. LaSalle, Suite 814,    Chicago, IL 60604-1101
13657080       Geico Indemnity Company,    One Geico Plaza,    Bethesda, MD 20810-0001
13657081      +Jefferson Capital,    901 East Cary Street 16th Floor,    Richmond, VA 23219-4042
13657082      +LVNV Funding LLC,    P.O.Box 3038,    Evansville, IN 47730-3038
13657086      +Rosalio Ayalo-Lopez,    c/o McMahan & Sigunick, Ltd.,    412 S. Wells, 6th Floor,
                Chicago, IL 60607-3923
13657087      +TCF Bank,    c/o CT Corporation Systems,    208 SO LASALLE ST, SUITE 814,    Chicago, IL 60604-1101
The following entities were noticed by electronic transmission on Feb 02, 2011.
13657063      +E-mail/Text: RBALTAZAR@ARMORSYS.COM                            Armor Systems,
                1700 Kiefer Drive, Suite 1,    Zion, IL 60099-5105
13657064      +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM                            Asset Acceptance Corporation,
                PO Box 2036,    Warren, MI 48090-2036
13657067       E-mail/Text: CSINC@TDS.NET                            Certified Services, Inc.,    PO Box 177,
                Waukegan, IL 60079-0177
13657069      +E-mail/Text: legalcollections@comed.com                            ComEd,    Bill Payment Center,
                Chicago, IL 60668-0001
13779167      +E-mail/Text: legalcollections@comed.com                            ComEd Co.,    2100 Swift Drive,
                Attn.: Bankruptcy Section/Revenue Mgmt.,    OakBrook, IL 60523-1559
13657084      +E-mail/Text: bankrup@nicor.com                            Nicor, Inc.,    PO Box 416,
                Aurora, IL 60568-0001
13965775      +E-mail/PDF: rmscedi@recoverycorp.com Feb 02 2011 02:00:41
                Recovery Management Systems Corporation,    For Capital Recovery III LLC,
                As Assignee of GE Capital - Jcpenney Con,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
                                                                                             TOTAL: 7
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty            Springer Brown Covey Gaertner & Davis LLC
13947640*     +Asset Acceptance LLC,    PO BOX 2036,    Warren, MI 48090-2036
13657085*     +Nicor, Inc.,    PO Box 416,    Aurora, IL 60568-0001
13657083    ##+NCO Financial Systems, Inc.,    1375 East Woodfield Road, Suite 110,    Schaumburg, IL 60173-5423
                                                                                             TOTALS: 1, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: froman          Page 2 of 2          Date Rcvd: Feb 01, 2011
Case: 09-09041                Form ID: pdf006       Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 03, 2011**                              **Signature:**    _Joseph Speetjens_